# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Case Number: _____

JESSIE JACKSON
(Write the full name of the plaintiff)

vs.

MARK S. INCH, Sec'y., F.D.O.C,

Doctor F. Papillon, and

Doctor T. Delgado

_____

(Write the full name of the defendant/s in this case)

FILED BY _____ D.C.

JAN 2 2 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I.  Party Information

A. Plaintiff: Jessie Jackson

   Address: 5964 U.S. Highway 90

   Inmate/Prison No.: 194249

   *Year* of Birth: 1963       (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Mark S. Inch          Defendant: Dr. F. Papillon

   Official Position: Secretary, F.D.O.C    Official Position: CHO

   Place of Employment: Tallahassee      Place of Employment: Dade C.I.

   (Write the full name of each defendant, official position and place of employment. Attach a
   separate page if you need additional space for additional defendants. )

   *See Continuation*

Cat / div 550
Case # _____
Judge _____ Mag Reid
Motn Ifp ____ Fee pd $ 50
Receipt # _____

Defendant: Dr. J. R. Delgado

Official Position: Doctor

Place of Employment: Dade County C.I.

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not idude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

See Continuation Sheets

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Court costs and or fees, copies, and 1.5 million dollars for the damages depicted in the complaint, and or attorney's fees if Plaintiff retains a civil lawyer.

# Continuation: II. Statement of Claim

## II. Statement of Claim

1. On or around December 2017, Jackson presented a medical claim to the prison medical department. As a diabetic, he addressed his complaint of having blisters on his left foot toes that came about from wearing state croc rubber shoes. According to Jackson's recollection, Dr. Delgado conducted an examination on Jackson and under the advisement of Dr. Papillion (the chief doctor), Jackson was admitted into the infirmary where he received treatments consisting of a series of shots of rocephin (antibiotic) for a few days. Jackson was then released back to the population.

2. On or around January 2018, Jackson was readmitted into the infirmary after the blister on his left foot great toe was worsen by an infection. Jackson was in the infirmary for approximately three months. While in the infirmary, Jackson was sent to see an outside doctor at Larkin Hospital where he was seen by a podiatrist. Jackson was advised to stay off walking on the left foot or the great toe would never heal and that he doesn't have any bone infection (osteomyelities).

3. The podiatrist provided a recommendation to **Dr. Delgado** and **Dr. Papillion**. During Dr. Papillion's infirmary rounds, Jackson asked about the podiatrist's recommendations. Dr. Papillion replied that he did not have to follow the podiatrist's recommendations, nor did he inform Jackson what the recommendations were. The podiatrist had informed Jackson that special orthopedic shoes were being recommended.

4. Dr. Delgado and Dr. Papillion did not follow the expert's recommendations (from the podiatrist) and on April 12, 2018, Jackson, being a

diabetic, he was released from the infirmary back to population with an open wound and with a wound care pass for treatments. [1]

5.   Dr. Papillion and Dr. Delgado disregarded that Jackson was placed in a position that he had to continue to walk on the foot as it was necessary to walk and receive daily wound care when the podiatrist had advised Jackson to stay off his foot. Dr. Papillon and Dr. Delgado engaged in medical indifference by their failure to follow the podiatrist's directives.

6.   Jackson's left big toe became badly infected and the nurses that did the wound care failed to report the condition that declined rapidly, only to be told to put in a sick call. Jackson made many attempts during wound care to have Dr. Papillion and Dr. Delgado to see the infected left big toe and they would ignore him, not looking at the condition of the left big toe.

---

[1] Jackson was discharged from the infirmary back into population during the time that his left great toe was leaking, this is the same left great toe that was later amputated.

7. Jackson's left big toe was amputated because of the medical indifference he received. The doctors did not follow-up on Jackson's condition after having knowledge of the need to stay off the left foot and of not providing the necessary medical shoes in a timely fashion. [2]

8. Jackson's medical indifference gives rise to a claim under the Eighth Amendment.

## Sub Claim A

1. During the healing process of Jackson's amputation of his great toe of the left foot, there was a need for him to be transported to Larkin Hospital for a medical visit, follow-up. When the prison guard opened the van's side door, the guard assisted Jackson into the van while he was shackled and chained to the risk handcuff. "The van was not equipped with a side step".

2. Upon arrival to Larkin Hospital, the guard assisted Jackson of getting off from the van where he had to jump off, he lost footage, not falling. The three toes of the left foot, where the amputation of the left great toe occurred, were broken as later determined.

---

[2] In the Formal Grievance Jackson filed on February 23, 2018, he reported to medical, in part, he's diabetic and is in need of special diabetic shoes. Dr. Papillion and Dr. Delgado were both placed on notice concerning Jackson's need for special medical shoes.

On or about December 13, 2018, Jackson received special shoes, i.e., after his left big toe was amputated. Jackson's many inmate Informal Grievance requests filed to medical placed them on notice that the state issued crocs were causing severe blisters that ended up in his left big toe getting a bad infection and amputated.

3. The next day, at the infirmary, when Dr. Delgado and Dr. Papillon were conducting their infirmary visits to evaluate the amputaiton, Jackson showed the doctors the discoloration in the broken toes of the left foot.

4. Dr. Delgado and Dr. Papillon showed no concern. Jackson was then discharged from the infirmary with the three broken toes.

5. Approximately a week later, the three toes began to turn black. This issue was presented to Dr. Delgado and Dr. Papillon and X-Rays were scheduled. On an

unknown date, X-Rays were taken and it was determined that the toes were fractured.

6. To this day, Jackson's three toes of the left foot have not been corrected and are disfigured and nonfunctional even after this issue had been presented to Dr. Delgado around September 2018. [3]

7. Jackson noticed that during his numerous visits to Larkin Hospital, the prison guard would place a milk crate by the side of the van because the van did not have a side step.

---

[3] On December 10, 2019, the doctor at Suwannee C.I. Annex recommended that X-Rays be taken of the three broken toes, an issue that was presented to Dr. Delgado at Dade C.I. on September 27, 2018. Jackson continues to suffer pain.

## Sub Claim B

1.  Jackson claims that the Florida Department of Corrections violated its duty to provide adequate transportation to prisoners being transported to Larkin Hospital after he had gone through an amputation of the left great toe.

2. The Florida Department of Corrections' action of transporting Jackson on a van not "factory equip with  a side step" was willful and wanton disregard of his safety and well-being after he had gone through an amputation of his left great toe.

3. As a result of the van not having a side step for prisoners to get in and out of the van, Jackson broke the three toes of his left foot, .i.e., from jumping out of the van during his medical visit to and from the hospital.

# Legal Analysis:

A constitutional violation exists to support a 42 U.S.C. § 1983 claim.

The Defendants in this Section 1983 caused and participated in the constitutional violations depicted above. Jackson suffered physical injuries as required by the Prisoner Litigation Reform Act ("PLRA").

The objective component was when Jackson's medical need was sufficiently serious. A medical need is sufficiently serious if it is one that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention.

The subjective component to a deliberate indifference claim was also met when the defendants and or prison officials knew of and disregarded an excessive risk to inmate health or safety.

# Exhaustion of Administrative Remedy

For this 42 U.S.C. § 1983, the Plaintiff exhausted all administrative remedies available to him pursuant to 42 U.S.C. § 1997e (a). See **Exhibit A**.

On November 21, 2019, the Plaintiff filed with the Risk Management Notice of Intent to Sue/Pre-Suit Settlement Offer. See **Exhibit B**.

---

**IV. Jury Demand**

Are you demanding a jury trial?          ✓ Yes          _____ No

Signed this _____ 15 TH _____ day of _JANUARY_, 20 _20_

_[signature]_

Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _____ 1/15/2020 _____

_[signature]_

Signature of Plaintiff

# EXHIBIT A

S4GE5

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**   1812- 463-047   DEC 12 2018

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

_Jackson___ _Jessie___ _____   _L94249_____   _Dade Correctional Institution_
Last         First      Middle Initial          DC Number                Institution

---

### Part A – Inmate Grievance

In accordance with the Inmate Grievance Procedure, Rule 33-103.005 F.A.C., this Request for Administrative Remedy is an inmate Grievance of a medical nature predicated upon the grounds that on or between the dates of August 1, 2017, and December 6, 2018, Florida Department of Corrections (FDOC) and its Contracted Health care Provider's (medical) deliberate indifference to the cumulative act of inadequate medical treatment of complainant's diabetes, constituted culpable negligence that led to irreparable harm that effected the major life activities of walking, thus creating emotional distress requiring him to be treated cruelly and inhumane. An infringement upon private rights protected by state and federal constitutions.

NARRATIVE OF EVENTS:

In August 2017, complainant entered the F.D.O.C. through the South Florida Reception Center (SFRC) where during the reception process, complainant began to develop blisters on his feet due to the footware provided by F.D.O.c. (a customized "croc" style shoe) when seen by medical staff at S.F.R.C. a temporary health slip/pass (DC4/7000) was written allowing complainant to wear sneaker shoes outside his cell and dormitory. A short-time later complainant finished the reception process and was transferred to Dade Correctional Institution (Dade)

Shortly after arriving at Dade, the pass expired and complainant was again required to wear state issued crocks. As before he began to get blisters on his feet but the continuous rubbing of the material would cause the blisters to burst, and as a diabetic his body's ability to heal quickly was effected causing the wounds to be open longer and subject his feet to infection. During 2017 and 2018, complainant suffered from reoccurring infections that led to prolonged stays in the infirmary and even hospitalization. Doctors at the hospital recommended an orthopedic shoe. he ordered for complainant and he was even fitted for a shoe designed to be worn by diabetics however, this request for health care appliance was subsequently denied by medical.

Complainant was also taken to SFRC for consults with a specialist within

12/20/2018
DATE

_Jessie Jackson_ L94249
SIGNATURE OF GRIEVANT AND D.C. #

---

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   ___/___
                                                                            #      Signature

This form is used for filing a formal grievance at the institution or facility

**INSTRUCTIONS**

GRIEVANCE CONTINUATION (pg 2 of 3)

performed a procedure known as demising (dee-breezing), where the carbled layer of complainant's feet would be removed so the wound from the blisters could heal from the inside out or bottom up.

On May 4, 2013, rather than re-transport complainant to S.F.R.C. for a follow up with the specialist, a Doctor at Dade decided to perform the demising procedure himself in Dades' E.R., using regular house scissors stored in a container or miscellaneous supplies on a shelf. No pre-sterilized packs of surgical tools.

Complainant's feet became badly infected and when he was seen on an outside consultation, he explained the way the procedure was done on May 4th and a complaint was filed with the Florida Department of Health.

In late 2014, complainant's great toe on his right foot became badly infected under medical at Dade, and it was believed he had osteomyelitis so an amputation was scheduled for December 4th, however just hours before the surgery a biopsy was ordered by doctors at Jackson and cultures taken from the great right toe testes negative for osteomyelitis and metigaled so the amputation was canceled.

Throughout 2015, 2016, and 2017, complainant still suffered from infections in his feet from the blisters not healing properly while wearing State issued crocks. He would be placed in the infirmary at Dade and even hospitalized again and again with the same results. Doctors would recommend adequate footwear to stop the blisters and prevent infection.

On April 13, 2018, after spending most of the previous months of 2018 in the infirmary, complainant was discharged with open wounds on his feet with instructions to stay off his feet, and a medical slip/pass requiring him to walk to medical at Dade that required wound care treatment would be seen at this time, and to speed up the process, supplies needed to clean wounds would be laid out on a tray, (scissors, rolls of gauze, tape, bandages, and disinfectants) and although the nurses would change gloves after each patient, while treating them they would touch all the supplies, only to repeat the process with the next patient, contaminating all the supplies and essentially all the patients.

The conditions of his wounds were not being documented by the nurse as required, and conditions only worsened. When complainant would question the sanitation of his treatment, he would be told he could leave if he wanted to.

On July 3, 2018, complainant declared a medical emergency due to pains in his back, swollen glands in his pubic area and thick fluids leaking from his toe. The on duty nurse (Theresa) refused to see him telling complainant to put in a sick call, and he would be seen thursday or friday.

On July 13, 2018, complainant saw Dr. Delgado whom admitted him into the infirmary that blisters were then ordered.

On July 17, 2018, complainant told nurses that he had pain in his back and his toe stung and that the bandages was soaked through. Bandages had not been

GRIEVANCE CONTINUATION PAGES

From June 21, 2018, through September 24, 2018, complainant was housed in the infirmary where the nurses indifference to his health concerns and unprofessionalism in the mismanagement of medications, such as inconsistant doses of metformin and Lanezolid would cause extreme drops and spikes in blood sugar levels. Protonix was still being given despite hospitals advice not to take it due to bacteria concerns with state of kidneys, and Antibiotics Zosyn and Vanco would not be given as prescribed, sometimes not at all, and empty bags would be left to run for hours while nurses sat in states refusing to male officers. IV tube would consistantly not be flushed after disconnection of IV bags and after days of complaining about a burning sensation, complainant was taken again because the pic line became clogged due to infection.

After complainant was released to the open population with instructions to stay off his feet, he was still required to walk to meals and receive meds. He complained about his balance, however that complaint was dismissed with "your have to learn how to walk again."

In October, Complainant sought Mental Health Services due to deppression he experienced due to his once profressional stride being changed to a limp and thoughts he would experience when he looked at his foot.

Also in October, after complaints of pain, X-rays were taken and Doctors told Complainant that he had two fractured toes. He was placed in the infirmary for one nite, and when discharged was told to stay off feet. A couple weeks later a cane was issued.

## CONCLUSION:

Complainant avers that the foregoing facts can and will be verified by his own health care records, recorded documentation and his own knowledge. In support of this assertion, Complainant has attached Informal Grievance Log # 463-1511-0561, responses by CHO Gecins on 11/4/15 stating complainant would've exhausted Informal Grievance 463-1508-0130, approved by Administrative Assistant Perez on 8/6/18. who informed Complainant that his shoes will be ordered; Informal Grievance log # 463-1908-0012, approved by Health Administrative Assistant Perez whom Three months after telling complainant his shoes will be ordered states that Doctor wants to wait untill after surgery and proper wound care but the decision to order the shoes was made, and lastly Informal Grievance log # 463-1508-0133, approved by Administrative Assistant Perez when stated Ms. Tate would have to reorder the shoes due to the last order not being received by the institution. Complainant also states that sometime in November Ms. Tate called him to medical to give him shoes, however they were size 9, not the size ordered for him.

Complainant contends that FDOC, and staff had knowledge of his need for an adequate health care appliance due to his diabetes, back in 2015. This appliance would have cured the issue of blisters caused by State issued boots being a preventive measure to the infections in his feet, and his toe would never have had to been amputated.

## REMEDY:

Complainant hereby contends that although FDOC and Medical Staff at Dade CHC are not liable in the eyes of insurance...

Legal Mail
Received

DEC 10 2018

Dade C.I.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, the foregoing Request For Administrative Remedy was furnished on the date stamped below, under the mail box rule, by placing the same into the hands of department staff at Dade Correctional Institution, entrusting the further processing and delivery to an agent of the state.

Jessie Jackson 194249

Jessie W. Jackson

Dade Correctional Institution.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

463-1511-006

Mail Number: _____
Team Number: _____
Institution: _____

**TO:** (Check One)
- [ ] Warden
- [ ] Asst. Warden
- [ ] Classification
- [ ] Security
- [✓] Medical
- [ ] Mental Health
- [ ] Dental
- [ ] Other _____

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | JESSIE JACKSON | L94249 | B112B-L | H/M | 11/8/15 |

**REQUEST**　　　　　Check here if this is an informal grievance [✓]

I AM DIABETIC AND IN NEED OF PROPER SHOES.
RECORDS WILL REFLECT AS AN RESULT OF
WEARING STATE ISSUED CROCS CAUSES MY FEET
TO BLISTER AND BECOME INFECTED. IVE BEEN AT
THE POINT OF LOSING MY TOES ON MORE THAN ONE
OCCASION. THE SHOES HAS BEEN RECOMMENDED BY
THE FOOT DOCTOR ON MORE THEN ONE OCCASION. BUT
TO NO AVAIL, I WENT AS FAR AS BEING FITTED
FOR THE SHOES AT S.F.R.C AND THEN DENIED.
I WAS TOLD BY THE DOCTOR HERE AT DCI TO
BUY MY ON SHOES. I CAN NO LONGER AFFORD
MY OWN SHOES. PLEASE! REMEDY THIS SITUATION

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _jessie jackson_ 　　DC#: L94249

―――――――――― **DO NOT WRITE BELOW THIS LINE** ――――――――――

**RESPONSE**　　　　　　　　**DATE RECEIVED:** _____

11/4/11

RETURN TO CLINIC
FOR PHYSICAL EXAM
BEFORE DISPOSITION

C.L. 06, DCHC

[The following pertains to informal grievances only]

Based on the above information, your grievance is _Denied_ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | Official (Signature): | Date: |
|---|---|---|
| | | |

*To Medical*

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)
Incorporated by Reference in Rule 33-103.005, F.A.C.

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

463-1802-0222

Mail Number: _____
Team Number: _____
Institution: _____

**TO:** (Check One)
- ☐ Warden
- ☐ Asst. Warden
- ☐ Classification
- ☐ Security
- ☑ Medical
- ☐ Mental Health
- ☐ Dental
- ☐ Other _____

| FROM: | Inmate Name Jessie Jackson | DC Number L94249 | Quarters I1106 | Job Assignment NONE | Date 2/23/18 |

## REQUEST

Check here if this is an informal grievance ☑

I am DIABETIC AND IN NEED OF PROPER DIABETIC SHOES. AS A RESULT OF WEARING STATE ISSUED CROCS CAUSES my FEET TO BLISTER FROM FRICTION CAUSED BY THE CROCS RUBBING AGAINST my FEET. ONCE BLISTER BURST my FEET HAVE BEEN BECOME INFECTED ON MORE THAN ONE OCCASION. MEDICAL RECORDS WILL REVEAL IVE BEEN HOSPITALIZE AT KENDALL MEDICAL DURING THE YEAR 2012/2013 ALSO LARKIN HOSPITAL, SOMEWHERE AROUND 2014 my TOES HAD BECOME INFECTED TO THE POINT THEY WANTED TO PERFORM AN AMPUTATION OF my RIGHT GREAT TOE. THIS HAS A BEEN CONTINOUS REOCCURRING EVENT, JUST MOST RECENTLY A VISIT TO LARKIN 2018 TO TREAT TOE INFECTION / CHECK FOR OSTEOMYELITIS. ON EACH OCCASION THE DOCTORS HAVE RECOMMENDED DIABETIC SHOES. 2015 I WAS TAKEN TO S.F.R.C TO BE FITTED FOR DIABETIC SHOES, TO DATE I HAVE YET TO RECEIVE PROPER SHOES

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): Jessie ie Jackson | DC#: L94249 |

---

## DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: FEB 26 2018

Your shoes will be ordered. Please wait for them to arrive. once they do you will be placed on a call-out to recieve them.

MAR 06 2018

|The following pertains to informal grievances only:

Based on the above information, your grievance is _Approved_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.)|

| Official (Print Name): M. Perez | Official (Signature): [signature] | Date: 03.06.18 |

07-A
MED

Original: Inmate (Plus one copy) Administrative Assistant
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005. Florida Administrative Code.

Informal Grievances and inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining for DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later the n15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103-005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

**463-1806-0032**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☑ Medical  ☐ Mental Health | ☐ Dental  ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name JESSIE JACKSON | DC Number L94249 | Quarters B1135·S | Job Assignment H/m | Date 6-1-18 |
|---|---|---|---|---|---|

**REQUEST**      Check here if this is an informal grievance ☑

ON MAR 6, 2018 I WAS TOLD THAT SHOES WOULD BE ORDERED AFTER I HAD MADE KNOWN THE PROBLEMS I WAS HAVING WITH MY FEET BECAUSE OF BEING DIABETIC. RECORDS WILL REFLECT THE MANY ISSUES RELATED TO NOT HAVING PROPER SHOES AS AN RESULT OF HAVING DIABETES. TO DATE, I HAVE YET TO RECEIVE THE SHOES I WAS APPROVED FOR, BEING THAT I AM DIABETIC AND THE SHOES ARE NECESSARY TO PREVENT FURTHER DAMAGE TO MY FEET. I ASK THAT YOU REMEDY THIS PROBLEM A.S.A.P PLEASE. THANK YOU.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): *Jessie W Jackson*     DC#: L94249

──────── **DO NOT WRITE BELOW THIS LINE** ────────

## RESPONSE

DATE RECEIVED: JUN 0 5 2018

Per the doctor's notes the doctor made the medical decision to wait till you recovered from surgery and doing proper wound care to recieved your shoes. He made the order now to approved the shoes.

JUN 0 8 2018

[The following pertains to informal grievances only:

Based on the above information, your grievance is *Approved*. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): M. Perez Administrative Assistant Dade C.I | Official (Signature): *M. Perez Administrative Assistant Dade C.I* | Date: 06.08.18 |
|---|---|---|

Original: Inmate (plus one copy).
CC: Retained by official responding. If the response is to an informal grievance then forward to be placed in inmate's file.
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

07- A
MED

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

463-18C8 C133

Mail Number: _____
Team Number: _____
Institution: _____

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☑ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>JESSIE JACKSON | DC Number<br>L94249 | Quarters<br>I1108 | Job Assignment<br>N/A | Date<br>8-15-18 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☑

I AM DIABETIC, AS A RESULT, PROPER SHOES ARE MEDICALLY NECESSARY TO PREVENT FURTHER DAMAGE TO MY FEET. RECORDS WILL REFLECT THE MANY OCCURRENCES WHERE I'VE BEEN TREATED IN THE PASSED AND MOST RECENTLY 7-16-18 FOR COMPLICATIONS RESULTING IN NOT WEARING PROPER MEDICALLY NECESSARY SHOES. MOREOVER, I HAVE BEEN APPROVED FOR SHOES FOR DIABETICS I AM NOW IN THE INFIRMARY AND AWAIT MY RELEASE. IT IS IMPERATIVE THAT THIS SITUATION IS REMEDIED, TO DATE I HAVE YET TO RECEIVE THE LONG AGO APPROVED MEDICALLY NECESSARY SHOES, EXPEDITIOUSLY REMEDING THIS SITUATION BEFORE MY RELEASE FROM THE INFIRMARY, WILL ASSURE NOT HAVING AN UNTIMELY FUTURE OCCURRENCE

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature) | Jessie W Jackson | DC#: L94249 |
|---|---|---|

## RESPONSE

**DO NOT WRITE BELOW THIS LINE**

Assistant Warden of Programs
RECEIVED

DATE RECEIVED: AUG 15 2018

The HSA Ms. Tate has placed a new order. The last order never arrived. Once the new order for your shoes come in you w'l be placed on a call-out to receve them

AUG 21 2018

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Approved_ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.)]

Official (Print Name): _Angelo Perez, Administrative Assistant, Dade C.I._   Official (Signature): _____   Date: 08.21.18

07-A
M++

Original: Inmate (Plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining for DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later the n15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103-005, F.A.C.

## PART B - RESPONSE

| JACKSON, JESSIE | L94249 | 1812-463-047 | DADE C.I. | C2113L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Grievance has been received, reviewed, and a response is as follows:

You have received your orthopedic shoes on December 14, 2018 issued by Nurse Morales.

Based on the above information, your grievance is DENIED.

You may appeal and obtain further administrative review of your complaint by acquiring Form DC1-303; Request for Administrative Remedy or Appeal, completing the form and forwarding it with all attachments to the office of the Bureau of Inmate Grievance Appeals, 501 South Calhoun Street, Tallahassee, FL 32399-2500.

DR. F. PAPILLON, CHO                    M. CORRALES, AWP

F. Papillon, MD, MPH
CHO

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 12/28/2018 |
|---|---|---|
| | | DATE |

DEC 2 8 2019

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

JAN 14 2019

Department of Corr.
Inmate Grievances

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden      ☐ Assistant Warden      ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| JESSIE, JACKSON | L 94249 | Dade Corr. Inst |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

## PART A – Inmate Grievance

19-6-023W

I am submitting this complaint for the following. Due to the delay by DR. F. PAPILLON, Chief Health officer (CHO) Dade C.I. in ordering recommended diabetic shoes. This delay caused amputation of this inmate's Big toe. From 02-23-18 Informal Grievance No# 463-1802-0222. Informal Grievance No# 463-1806-0032. Date 06-01-18. Informal Grievance No# 463-1808-0133 Date 08-15-18. Informal Grievance No# 463-1511-0060. Date 11-08-18. Formal Grievance 303 No# 1812-463-047. Seeking to recitify the delay, which most of my informal grievance's were approved, however I never received my ordered needit diabetic shoes until after the amputation. My formal griev-ence was denied. Response, Return to clinic for physical exam before disposition. When I finally did receive my diabetic shoes, both insole's were missing.

| 01-08-2019 | Jessie Jackson   L94249 |
|---|---|
| **DATE** | **SIGNATURE OF GRIEVANT AND D.C #** |

**\* BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30 DAY EXTENSIONS**

FEB 0 1 2019

**PART B - RESPONSE**

| JACKSON, JESSIE | L94249 | 19-6-02300 | DADE C.I. | C2113L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing, including medical supplies.

Please be advised that this office cannot corroborate your allegations against the health care staff.

It is determined that the response made to you by Dr. Papillon on 12/28/2018 appropriately addresses the issues you presented.

Records reviewed indicate that to date, you have not accessed sick call to have your medical concerns evaluated.

If you have problems receiving your medical supplies, then it is your responsibility to access sick call to address it with the medical staff.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

Southern

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

MAR 1 4 2019

☐ Third Party Grievance Alleging Sexual Abuse   *1903-463-056*

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| JACKSON JESSIE W | L94249 | D C I |
|---|---|---|
| Last     First     Middle Initial | DC Number | Institution |

### PART A – Inmate Grievance

This is a Medical Grievance 303-103.008

I am Submitting this Complaint due to the numerous delays in my treatment. At my last Facility I had orthopedic shoes, upon my treastree to Dade Corr inst, my orthopedic diabetic shoes were denied. I was forced to wear institution Crocs, Being a diabetic my foot and toes became inflamed and swollen. I was in intense pain and agony. I had been to Sick-Call. I've writting Informal Grievance's on numerous occasions until my toe's became infected and had to be amputated. After 6 months and an amputation I received my orthopedic shoes. Shortly there after I was in pain in my toe's, I access Sick-Call on numerous occasions only to be given Ibuprofen. When my family became involved i did received care. I was sent to harken community hospital for X-Rays, The X-Rays came back Positive, 3 broken Toes, Though out these two ordeals, I've been denied treatment I've been delay, I am still waiting to have my toe's Fixd before They will have to be amputated **do** to the wrathful disregard, and deliberate indifference to my Safety and Will being.

Remedy: To be seen by the orthopedic specialist and have the toe break's set and Corrected without all the delays.

3/14/19
DATE

*Jessie W Jackson*
SIGNATURE OF GRIEVANT AND D.C #

* BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30 DAY EXTENSIONS

**PART B - RESPONSE**

| JACKSON, JESSIE | L94249 | 1903-463-056 | DADE C.I. | C2145S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Grievance has been received, reviewed, and a response is as follows:

After reviewing your chart, records show you were seen by a medical provider on 03/28/2019 and that during this appointment, the concerns your have put forth on this grievance were addressed by the medical provider.

It is noted that you were also seen by Podiatry on 03/27/2019 and an MRI was recommended at that time. We are awaiting approval for the MRI. Once approved, you will be scheduled for the MRI procedure to take place.

Based on the above information, your grievance is DENIED.

You may appeal and obtain further administrative review of your complaint by acquiring Form DC1-303; Request for Administrative Remedy or Appeal, completing the form and forwarding it with all attachments to the office of the Bureau of Inmate Grievance Appeals, 501 South Calhoun Street, Tallahassee, FL 32399-2500.

DR. F. PAPILLON, CHO                    M. CORRALES, AWP

F. Papillon MD, MPH
CHO
Dade C.I.

04/02/2019

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

APR 02 2019

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

**RECEIVED**

APR 22 2019

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

JACKSON, JESSIE W          L 94249          DADE C.I.
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾        ‾‾‾‾‾‾‾‾‾‾‾          ‾‾‾‾‾‾‾‾‾‾‾
Last   First   Middle Initial      DC Number         Institution

Part A – Inmate Grievance          19-6-15608

This appeal pertains to a medical Grievance under 303-108.008. My Complaint is the numerous delays in treatment. In march of 2019. I was sent to Lankin Community hospital for X-Rays of my toe's, the X-Rays revealed (3) broken toe's. DR. MOHAMMAD, DR. C. BLANCO, recommended upon my return to Dade C.I. That I wear a short boot, No pressure on foot, if possable a Weelchair or Walker. I was in the for only 24 hours then I was discharged without any aid or assistance. Also in march 2019, I had 2 X-Rays taking at Dade C.I. that also revealed (3) broken toe's. The recommendation's from DR. MOHAMMAD, and DR. C. BLANCO at Lankin Community Hospital were disregarded. On my response from formal Grievance Log number 1903-463-056. my grievance was addressed by the medical provider. However I still have (3) broken toe' With no medical treatment. I am an older diabetic and subject to infecting Without treatment. Due to the indifference and the rendering of medical services unqualified personnel, who would not inform the doctor of my condition, or medical needs. All through my suffering, anony, Pain, discomfort, the only medication I was, and am given for pain is Ibuprofen, anyone with Liver problems should advoid taking Ibuprofen over time. I am still in great pain and anony due to my (3) broken toe's. which have not been fixed or set by an orthopedic specialist. Also in wait of an MRI. The maliciously delays, The incompetent's of medical staff in my case. I fear that through all of the delays and incompetent's of medical staff, I'll end up having my (3) toe's amputated.

04/15/2019
‾‾‾‾‾‾‾‾‾‾‾‾
DATE

Jackson Jessie L94249
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

Ø 1
‾‾‾‾         ‾‾‾‾‾‾‾‾‾‾
#            Signature

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Off...
Florida Administrative Code. When ...

**PART B - RESPONSE**

MAILED/FILED
WITH AGENCY CLERK

MAY 2 9 2019

JACKSON, JESSIE
Department of Corrections
Bureau of Inmate Grievance Appeals

| L94249 | 19-6-15608 | DADE C.I. | A1110L |
|--------|------------|-----------|--------|
| NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issues you presented.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing, including specialty consults.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 5/24/19 DATE |
|---|---|---|

Rec'd AT RMC
6/20/19

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
<u>Civil Division</u>



*IN THE MATTER OF*:

<u>JESSIE JACKSON,</u>   -VS- <u>MARK S. INCH, SEC'Y., FLORIDA DEP'T OF
CORR., DR. PAPILLON, AND DR. DELGADO,</u>

     Plaintiff,         Defendant(s).

_____(    )_____

To: **Risk Management**
    200 East Gain Street
    Tallahassee, Florida  32399-0336

FROM: **INMATE JESSIE JACKSON**
    L94249, M-2-141-S
    Suwannee C. I. Annex
    5964 U.S. Highway 90
    Live Oak, Florida 32060

RE: <u>**NOTICE OF INTENT TO SUE/PRE-SUIT SETTLEMENT OFFER**</u>

    JACKSON JESSIE, Claimant, hereby gives notice, pursuant to Section 768.28, Fla. Stat., of his intent to file a claim in the United States District Court, Southern District of Florida, against the **Honorable Mark S. Inch**, **Florida Department of Corrections**, **Dr. Papillion**, and **Dr. Delgado**, physicians employed at Dade Correctional Institution. The parties are hereby notified as follows:

1

## CLAIM ONE

1.   On or around December 2017, Jackson presented a medical claim to medical, complaining about having blisters on his left foot toes from wearing the state croc rubber shoes. According to Jackson's recollection, Dr. Delgado conducted an examination and under the advisement of Dr. Papillion (the chief doctor), Jackson was   admitted into the infirmary where he received treatments consisting of a series of shots of rocephin for a few days. Jackson was then released back to the population.

2.   On or around January 2018,   Jackson was readmitted into the infirmary after the blister on his left foot great toe was worsen by an infection. Jackson was in the infirmary for approximately three months. While in the infirmary, Jackson was sent to see an outside doctor at Larkin Hospital where he was seen by a podiatrist. Jackson was advised to stay off walking on the left foot or the great toe would never heal and that he doesn't have any bone infection (osteomyelities).

3.   The podiatrist provided a recommendation to Dr. Delgado and Dr. Papillion. During Dr. Papillion's infirmary rounds, Jackson asked about the podiatrist's recommendations. Dr. Papillion replied that he did not have to follow the podiatrist's recommendations, nor did he inform Jackson what the recommendations were. the podiatrist informed Jackson that special orthopedic shoes were being recommended.

4. Dr. Delgado and Dr. Papillion did not follow expert recommendations (from the podiatrist) and on April 4, 2018, Jackson was released from the infirmary back to

2

population with an open wound and with a wound care pass for treatments. [1]

5.     Dr. Papillion and Dr. Delgado disregarded that Jackson was placed in a position that he continued to walk on the foot as it was necessary to walk and receive daily wound care when the podiatrist had advised Jackson to stay off his foot.

6.  Jackson's left big toe became badly infected and the nurses that did the wound care failed to report the condition declining rapidly, only to be told to put in a sick call. Jackson made many attempts during wound care, to have Dr. Papillion and Dr. Delgado to see the infected left big toe and they would ignore him, not looking at the condition of the left big toe.

7.  Jackson's left big toe was amputated because of the medical indifference he received. The doctors did not follow-up on Jackson's condition after having knowledge of the need to stay off the left foot and of not providing the necessary medical shoes in a timely fashion. [2]

8.  Jackson's medical indifference gives rise to a claim under the Eighth

---

[1] Jackson was discharged from the infirmary back into population during the time that his left great toe was leaking, this is the same left great toe that was later amputated.

[2]  In the informal Grievance Jackson filed on February 23, 2018, he reported to medical, in part, he's diabetic and is in need of special diabetic shoes. Dr. Papillion and Dr. Delgado were both placed on notice concerning Jackson's need for special medical shoes.

    On or about December 13, 2018, Jackson received special shoes, i.e., after his left big toe was amputated. Jackson's many inmate requests filed to medical placed them on notice that the state issued crocs were causing severe blisters that ended up in his left big toe getting a bad infection and amputated.

Amendment.

## CLAIM TWO

1. During the healing process of Jackson's great toe of the left foot, there was a need for him to be transported to Larkin Hospital for a medical visit. When the prison guard opened the van's side door, the guard assisted Jackson into the van while he was shackled and chained. "The van was not equipped with a side step".

2. Upon arrival to Larkin Hospital, the guard assisted Jackson of getting off from the van where he had to jump off, he lost footage, not falling. The three toes of the left foot, where the amputation of the left great toe occurred, were broken as later determined.

3. The next day, at the infirmary, when Dr. Delgado and Dr. Papillon were conducting their infirmary visits, Jackson showed the doctors the discoloration in the broken toes of the left foot.

4. Dr. Delgado and Dr. Papillon showed no concern. Jackson was then discharged from the infirmary.

5. Approximately a week later, the three toes began to turn black. This issue was presented to Dr. Delgado and Dr. Papillon and X-Rays were scheduled. On an unknown date, X-Rays were taken and it was determined that the toes were fractured.

6. To this day, Jackson's three toes of the left foot have not been corrected and are

disfigured and nonfunctional. [3]

7. Jackson noticed that during his numerous visits to Larkin Hospital, the prison guard would place a milk crate by the side of the van because the van did not have a side step.

8. Jackson's medical indifference gives rise to a claim under the Eighth Amendment.

## **CLAIM THREE**

1. Jackson claims that the Florida Department of Corrections violated its duty to provide adequate transportation to prisoners being transported to Larkin Hospital after he had gone through an amputation of the left great toe.

2. The Florida Department of Corrections' action of transporting Jackson on a van not "factory equip with side step" was willful and wanton disregard of his safety and well-being after he had gone through an amputation of his left great toe.

3. As a result of the van not having a side step for prisoners to get in and out of the van, Jackson broke the three toes of his left foot, .i.e., from jumping out of the van during his medical visits to and from the hospital. A constitutional violation exists to support a Section 1983 claim under Claim Three.

---

[3] Jackson suffers from pain and the doctors at Suwannee C.I. Annex did not acknowledge the disfigured toes that were broken and because of the lack of medical treatment, the three toes healed in a form of disfigurement. He was transferred from the Reception Medical Center in Lake Butler to Suwannee C.I. Annex where it is unbeknown to him of any future treatment plans of the three disfigured toes. To this day, Jackson's medical need stands in a cold medical records.

**Claimant Personal Information**: <u>DOB: 9-3-63</u>, <u>SSN: 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</u>.


Date:  11/21/2019                        /s/

                                   Jessie Jackson
                               L94249, M-2-141-S
                               Suwannee C. I. Annex
                               5964 U.S. Highway 90
                               Live Oak, Florida 32060

Jackson, Jessie
L9424A, M-2-141-S
Suwannee C.I. Annex
5964 U.S. Highway 90
Live Oak, Florida 32060



U.S. POSTAGE>> PITNEY BOWES
$ 010.50°
0000347568 JAN 15 2020

LEGAL MAIL

Mailed From State
Correctional
Institution
Suwannee C.I.

Clerk of the Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

LEGAL MA