UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20294-BLOOM/Reid

JESSIE JACKSON,

    Plaintiff,

v.

MARK S. INCH, *Secretary, F.D.O.C*,
F. PAPILLION, *Chief Doctor*,
J.R. DELGADO, *Doctor*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's *pro se* Complaint, ECF No. [1], filed pursuant to 42 U.S.C. § 1983, which was referred to the Honorable Lisette M. Reid for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. ECF No. [3]. On February 14, 2020, Judge Reid issued the Report of Magistrate Judge re Civil Rights Complaint-42 U.S.C. § 1983, ECF No. [6] ("R&R"). The R&R recommended that Plaintiff's claims against Doctors J.R. Delgado and F. Papillion for deliberate indifference to a serious medical need should proceed but that the claim against Secretary Mark S. Inch be dismissed with prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e). *Id.* at 13. The R&R advised Plaintiff that "[o]bjections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report." *Id.* To date, Plaintiff has filed no objections nor has Plaintiff sought additional time to file objections.

Nonetheless, the Court has conducted a *de novo* review of Magistrate Reid's R&R and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291

Case No. 1:20-cv-20294-BLOOM/Reid

(11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well-reasoned and correct. The Court agrees with the analysis in Judge Reid's R&R, and accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's R&R, **ECF No. [6]**, is **ADOPTED**;

2. The claims of deliberate indifference to a serious medical need against Dr. J.R. Delgado and Dr. F. Papillion shall proceed;

3. The claim of deliberate indifference and failure to protect against Mark S. Inch, Secretary of Florida Department of Corrections, is **DISMISSED with prejudice**;

**DONE AND ORDERED** in Miami, Florida, this 2nd day of March, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Lisette M. Reid

Counsel of Record

Jessie Jackson
L94249
Suwanne Correctional Institution-Annex
Inmate Mail/Parcels
5964 US Highway 90
Live Oak, FL 32060