UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20294-BLOOM/Reid

JESSIE JACKSON,

    Plaintiff,

v.

MARK S. INCH, *et al.*,

    Defendants.
_____/

### ORDER

**THIS CAUSE** is before the Court upon *pro se* Plaintiff's Motion to Appoint Counsel, ECF No. [46] ("Motion"). The Motion request that the Court appoint Plaintiff an attorney due to the "complexity and nature of this case and the Plaintiff's lack of legal knowledge, skills and expertise." *Id.* at 1. The Court has reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

A plaintiff has no constitutional right to counsel in a civil case, and the decision to appoint counsel is in the court's discretion. *Suggs v. United States*, 199 F. App'x 804, 807 (11th Cir. 2006). Counsel should only be appointed in "exceptional circumstances." *Id.* (citing *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992)). Exceptional circumstances exist when there are "facts and legal issues which are so novel or complex as to require the assistance of a trained practitioner." *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993) (quoting *Poole v. Lambert*, 819 F.2d 1025,1028 (11th Cir. 1987)) (quotations and alteration omitted). "'The key is whether the *pro se* litigant needs help in presenting the essential merits of his or her position to the court.'" *Suggs*, 199 F. App'x at 807 (quoting *Kilgo*, 983 F.2d at 193). After reviewing the

Case No. 1:20-cv-20294-BLOOM/Reid

Complaint, the Court does not find this case presents such exceptional circumstances that counsel should be appointed. Nevertheless, Plaintiff may request a referral to the Volunteer Attorney Program, where a volunteer attorney may accept the representation on a *pro bono* basis if so desired.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [46]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 20, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Jessie Jackson
L94249
Suwanne Correctional Institution-Annex
Inmate Mail/Parcels
5964 US Highway 90
Live Oak, FL 32060