UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20294-BLOOM/Reid

JESSIE JACKSON,

    Plaintiff,

v.

MARK S. INCH, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon *pro se* Plaintiff's Second Motion for Production of Documents Pursuant to Rule 26(b), Fed. R. Civ. P., ECF No. [57] ("Motion"). The Motion requests Defendants to produce certain documents to him within thirty days.

On March 2, 2020, Defendant's first request for production of documents, ECF No. [7], was stricken and Defendant was advised that "requests for production must be served on the Defendant or person to whom they are directed." ECF No. [8]. The instant Motion is an inappropriate vehicle to seek discovery. Instead, as previously expressed, to the extent Plaintiff seeks discovery, he can seek it directly from Defendants or the relevant party without the need to file a motion. Further, Local Rule 26.1(b) directs that "requests for documents" "shall not be filed until they are used in the proceeding or the court orders their filing[.]"

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [57]**, is **DENIED**.

Case No. 1:20-cv-20294-BLOOM/Reid

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 18, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Jessie Jackson
L94249
Suwanne Correctional Institution-Annex
Inmate Mail/Parcels
5964 US Highway 90
Live Oak, FL 32060